HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JESSIEL FELIX-RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00199-DAD-BAM |
| Plaintiff, | REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER |
| vs. | |
| JESSIEL FELIX-RAMIREZ, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Jessiel Felix-Ramirez, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear at all non-substantive proceedings. Mr. Felix-Ramirez agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 24, 2018                   /s/ Erin Snider
                                         ERIN SNIDER
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         JESSIEL FELIX-RAMIREZ

## **O R D E R**

Defendant's request for a waiver of appearance is granted.  Pursuant to Rule 43(b)(3), defendant's appearance is waived at all non-substantive pretrial proceedings until further order of the Court.

IT IS SO ORDERED.

Dated:   **October 25, 2018**          /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE