# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELADIO FELIX-LEON, AND<br>JESSIEL FELIX-RAMIREZ,<br><br>Defendants. | OLD CASE: 1:18-CR-00199 DAD BAM<br>NEW CASE: 1:18-CR-00199 LJO BAM<br><br>ORDER ASSIGNING CASE<br>RE PRESIDING JUDGE |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL DE JESUS DELGADO-MONTENEGRO, ET AL.,<br><br>Defendants. | OLD CASE: 1:19-CR-00007 DAD BAM<br>NEW CASE: 1:19-CR-00007 LJO BAM<br><br>ORDER ASSIGNING CASE<br>RE PRESIDING JUDGE |

On the basis of good cause, this Court finds that these cases are related to one another and to the underlying investigations involving wire interceptions authorized by the undersigned. Accordingly, this Court REASSIGNS the above-caption actions to U.S. District Judge Lawrence J. O'Neill for all further proceedings and purposes. Magistrate Judge Barbara A. McAuliffe shall remain assigned to both matters.

IT IS SO ORDERED.

    Dated: **March 5, 2019**        **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES CHIEF DISTRICT JUDGE