| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | ERIN SNIDER, #304781 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | JESSIEL FELIX-RAMIREZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00199-LJO-BAM |
| Plaintiff, | STIPULATION TO VACATE MOTION BRIEFING SCHEDULE AND MOTION HEARING AND TO SET FOR STATUS CONFERENCE; ORDER |
| vs. | |
| ELADIO FELIX-LEON and JESSIEL FELIX-RAMIREZ, | |
| Defendants. | DATE: May 13, 2019<br>TIME: 1:00 p.m.<br>JUDGE: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Kathleen Servatius, counsel for plaintiff, Roger Bonakdar, counsel for defendant Eladio Felix-Leon, and Assistant Federal Defender Erin Snider, counsel for defendant Jessiel Felix-Ramirez, that the motion briefing schedule and motion hearing scheduled for May 20, 2019, at 8:30 a.m. be vacated and that the Court set this matter for a status conference on May 20, 2019, at 1:00 p.m.

On September 5, 2018, the government provided approximately 87 pages of discovery materials. On January 29, 2019, counsel for Mr. Felix-Leon and counsel for Mr. Felix-Ramirez requested a motion briefing schedule for a motion to suppress and the Court set a motion hearing for May 28, 2019, at 10:00 a.m. before the Honorable Dale A. Drozd.

On March 1, 2019, the government filed a Notice of Related Case, advising that the

instant matter is related to Eastern District of California Case No. 1:19-cr-00007-DAD and that the underlying investigation involved wire interceptions authorized by the Honorable Lawrence J. O'Neill. On March 6, 2019, the instant matter was reassigned to the Honorable Lawrence J. O'Neill and, on March 8, 2019, the Court entered a minute order advancing the motion hearing to May 20, 2019, at 8:30 a.m.

Following the government's filing of the Notice of Related Case, defense counsel has received voluminous supplemental discovery. On March 7, 2019, defense counsel received over 3,000 Bates-stamped pages related to Case No. 1:19-cr-00007-DAD and, on March 13, 2019, the government advised that an additional nine discs, including wiretap data and telephone tolls, is available at the defense's expense at Maximus Media. Defense counsel is in the process of obtaining the additional materials at Maximus Media.

In light of the voluminous supplemental discovery, both counsel for Mr. Felix-Leon and counsel for Mr. Felix-Ramirez require additional time to review discovery and assess whether to file a motion to suppress. The parties agree that, pursuant to 18 U.S.C. § 3161(h)(7)(A), time should be excluded through May 20, 2019, because there is good cause for the requested continuance and the ends of justice outweigh the interest of the public and the defendant in a speedy trial. Specifically, the parties agree that this continuance is necessary to permit time for the defense to continue its investigation and preparation.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: March 26, 2019  /s/ Kathleen Servatius
KATHLEEN SERVATIUS
Assistant United States Attorney
Attorney for Plaintiff

Date: March 26, 2019  /s/ Roger Bonakdar
ROGER BONAKDAR
Attorney for Defendant
ELADIO FELIX-LEON

|   |   |   |
|---|---|---|
| 1 |  | HEATHER E. WILLIAMS<br>Federal Defender |
| 2 | Date: March 26, 2019 | */s/ Erin Snider* |
| 3 |  | ERIN SNIDER<br>Assistant Federal Defender |
| 4 |  | Attorney for Defendant<br>JESSIEL FELIX-RAMIREZ |

## **O R D E R**

**IT IS HEREBY ORDERED** that the motion briefing schedule and motion hearing set for May 28, 2019, at 8:30 a.m. is vacated and the matter is set for a status conference before the Honorable Barbara A. McAuliffe on May 13, 2019, at 1:00 p.m. The Court finds that there is good cause for the continuance and the ends of justice outweigh the interest of the public and the defendant in a speedy trial. Time is therefore excluded through May 13, 2019 under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: **March 28, 2019**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

Felix-Ramirez: Stipulation
and Proposed Order

3