IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                        Plaintiff,<br><br>v.<br><br>JESSIEL FELIX-RAMIREZ,<br>                                        Defendant. | CASE NO.:  1:18-CR-00199-DAD-BAM<br><br>ORDER GRANTING MOTION TO DISMISS THE INDICTMENT AS TO DEFENDANT JESSIEL FELIX-RAMIREZ |

   On motion of the government and good cause appearing, the Indictment against defendant Jessiel Felix-Ramirez is dismissed without prejudice.

IT IS SO ORDERED.

   Dated:   **October 7, 2021**                                    _____
                                                                                         UNITED STATES DISTRICT JUDGE

1