HEATHER E. WILLIAMS, Bar #122664
Federal Defender
REED GRANTHAM, Bar #294171
Assistant Federal Defender
Officer of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JESSIEL FELIX-RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESSIEL FELIX-RAMIREZ,<br><br>Defendant. | Case No.  1:18-cr-00199-DAD-BAM-2<br><br>**DEFENDANT'S MOTION TO EXONERATE BOND; ORDER**<br><br>Judge: Hon. Stanley A. Boone |
|---|---|

Defendant Jessiel Felix-Ramirez hereby moves the court under Fed. R. Crim. P. 46(g) for exoneration of the cash bond and full reconveyance of the $2,000.00 cash posted by Mr. Jonathan Felix. *See* Dkt. #13, #15.

| 08/24/2018 | 13 | CASH BOND POSTED as to Jessiel Felix-Ramirez (1) in amount of $ $2,000.00, Receipt# CAE100040067. (Marrujo, C) [1:18-mj-00145-SKO] (Entered: 08/24/2018) |
|---|---|---|
| 08/24/2018 | 15 | APPEARANCE and COMPLIANCE BOND signed by Magistrate Judge Sheila K. Oberto on 08/24/2018 as to Jessiel Felix-Ramirez. (Flores, E) [1:18-mj-00145-SKO] (Entered: 08/27/2018) |

On August 24, 2018, the Court ordered Mr. Felix-Ramirez released on conditions including a $2,000.00 cash bond, which was posted on August 24, 2018. *See* Dkt. #13, #15. The case against Mr. Felix-Ramirez was dismissed on October 7, 2021. *See* Dkt. #142. Since no

conditions of the bond remain to be satisfied, Mr. Felix-Ramirez is now requesting that the $2,000.00 cash bond be exonerated and reconveyed to Jonathan Felix pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure.

                                      Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 20, 2022                 */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
JESSIEL FELIX-RAMIREZ

## ORDER

The Court finds that Jessiel Felix-Ramirez has complied with the conditions of his bond and that no conditions remain to be satisfied. IT IS HEREBY ORDERED that the Clerk of the Court exonerate the $2,000.00 cash bond in the above-captioned case and reconvey the cash to Jonathan Felix who originally posted the cash bond. IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:  **January 20, 2022**                                               
                                                    UNITED STATES MAGISTRATE JUDGE