HEATHER E. WILLIAMS, Bar #122664
Federal Defender
REED GRANTHAM, Bar #294171
Assistant Federal Defender
Officer of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JESSIEL FELIX-RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:18-cr-00199-DAD-BAM-2 |
|---|---|
| Plaintiff, | **DEFENDANT'S MOTION TO MODIFY THE ORDER EXONERATING BOND; ORDER** |
| vs. | |
| JESSIEL FELIX-RAMIREZ, | Judge: Hon. Stanley A. Boone |
| Defendant. | |

On January 20, 2022, Jessiel Felix-Ramirez moved the Court, pursuant to Fed. R. Crim. P. 46(g), for exoneration of the cash bond and full reconveyance of the $2,000.00 cash posted by Jonathan Felix. *See* Dkt. #143.

| 01/20/2022 | 143 | MOTION to EXONERATE BOND re 13 Bond Posted, 15 Order - CR, *[Proposed] Order* by Jessiel Felix-Ramirez. (Grantham, Reed) (Entered: 01/20/2022) |

The motion requested that the cash bond be reconveyed to Jonathan Felix, as Mr. Felix was referred to as the surety on the appearance and compliance bond paperwork filed on August 24, 2018. *See* Dkt. #15.

| 08/24/2018 | 15 | APPEARANCE and COMPLIANCE BOND signed by Magistrate Judge Sheila K. Oberto on 08/24/2018 as to Jessiel Felix-Ramirez. (Flores, E) [1:18-mi-00145-SKO] (Entered: 08/27/2018) |

On January 20, 2022, the Court granted the motion to exonerate bond, ordering that the cash bond be reconveyed to Jonathan Felix. *See* Dkt. #144.

| 01/20/2022 | 144 | ORDER GRANTING 143 Motion to Exonerate Bond as to Jessiel Felix-Ramirez (2) signed by Magistrate Judge Stanley A. Boone on 1/20/2022. (Lundstrom, T) (Entered: 01/20/2022) |
|---|---|---|

Thereafter, undersigned counsel was informed by the Clerk's Office that while Jonathan Felix did sign the appearance and compliance bond paperwork, their records did not show Mr. Felix to be the owner of the posted cash bond. Instead, the Clerk's Office records indicate that the statement of ownership for the cash bond lists Cecilia Yamillet Felix-Ramirez. The Clerk's Office requires a modified order from the court to release the cash bond to Ms. Felix-Ramirez.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 26, 2022         */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
JESSIEL FELIX-RAMIREZ

**ORDER**

IT IS HEREBY ORDERED that the Order Exonerating Bond issued on January 20, 2022 (Dkt. #144) be modified to state that the Clerk of the Court exonerate the $2,000.00 cash bond in the above-captioned case and reconvey the cash to Cecila Yamillet Felix-Ramirez who originally posted the cash bond. IT IS SO ORDERED.

IT IS SO ORDERED.

Dated: **January 26, 2022**

UNITED STATES MAGISTRATE JUDGE